### 7325. GEORGIAN COMPANY v. SUTTON et al.

HODGES, J. A petition for certiorari in a civil case must, unless sued out in forma pauperis, be accompanied by a bond approved by the judge or magistrate of the court in which the case was originally tried. Civil Code of 1910, § 5185; *Southern Ry. Co.* v. *Oliver*, 13 *Ga. App.* 5 (78 S. E. 684); *Sanford* v. *Wade*, 17 *Ga. App.* 366 (86 S. E. 945). This court, following rulings of the Supreme Court, has held that "a certiorari bond not approved by the magistrate who tried the case is void." *Lester* v. *Cone*, 16 *Ga. App.* 571 (85 S. E. 766). The Supreme Court ruled, in *Hester* v. *Keller*, 74 *Ga.* 369, that "it makes no difference who attests the certiorari bond, . . it must be accepted and approved by the justice who tried the case." In this case the bond was approved by the clerk of the municipal court of Atlanta. *Held*, that the certiorari was void, and the judge of the superior court erred in refusing to dismiss the certiorari on motion.

*Judgment reversed.*

DECIDED JULY 31, 1916.

Certiorari; from Fulton superior court—Judge Pendleton. January 12, 1916.

*Dillon & Burress*, for plaintiff in error. *A. W. White*, contra.